**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 00-7335**

————

JOHN R. WILCOX, JR.,

                                        Plaintiff - Appellant,

        versus

ELIZABETH   BOWEN,   Esquire;   OFFICE   OF   THE
STATE'S ATTORNEY, HARFORD COUNTY,

                                        Defendants - Appellees.

————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
00-2390-DKC)

————

Submitted:  November 30, 2000      Decided:  December 11, 2000

————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

————

Dismissed by unpublished per curiam opinion.

————

John R. Wilcox, Jr., Appellant Pro Se.

————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John R. Wilcox, Jr., a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915 (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Wilcox v. Bowen, No. CA-00-2390-DKC (D. Md. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED